■ MICHAEL J. SPINELLI, Appellant, v. CLARENCE J. PARSONS, Respondent, et al., Defendant.— Judgment and order unanimously affirmed, without costs of this appeal to either party. (Appeal by plaintiff from judgment of Monroe County Court in favor of plaintiff in an automobile negligence action. The order denied plaintiff's motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ In the Matter of DONALD GALLER, an Infant, YETTA GALLER, Appellant; JEWISH COMMUNITY SERVICE SOCIETY, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal by mother of child, from order of Erie County Children's Court adjudging that the child is neglected and ordering that the child be discharged to the custody of the Commissioner of Social Welfare for placement.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ SECURITY TRUST COMPANY OF ROCHESTER, NEW YORK, Appellant, v. SEABOARD SURETY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. (Appeal from judgment and order of Yates Special Term granting defendant's motion for summary judgment in an action on a surety bond.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ RONALD J. CIAMBRONE, Appellant, v. ZURICH INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Erie Trial Term for defendant for no cause of action, in an action under a fire insurance policy.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ SHIRLEY LITTLE, Respondent, v. SAM NOTO, Appellant.— Memorandum: We find that the alleged bar of the Statute of Limitations was overcome by the proof of payments for the support of the child, constituting an acknowledgement of paternity. (Appeal from order of Monroe Children's Court directing defendant to pay for the support of the infant child of complainant, in a filiation proceeding.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ WALLIE PONTILLO, Respondent, v. EVA A. PINKOWSKI, Appellant.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Onondaga Special Term granting plaintiff's motion for summary judgment in an action to quiet title.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ ANNA GALBRAITH, as Administratrix of the Estate of JAMES F. GALBRAITH, Deceased, Respondent, v. ERNEST DREW, Doing Business as DREW'S PAINT SPOT, Appellant, et al., Defendant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal by defendant, Drew, from order of Ontario Special Term denying defendant's motion to preclude the plaintiff from giving evidence on the trial of the matters requested in paragraphs "4" and "8" of defendant's demand for a bill of particulars.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ EVELYN M. BROWN, Respondent, v. GEORGE H. COHN, Appellant.— Judgment unanimously affirmed, with costs. (Appeal by defendant from judgment of Erie Special Term in favor of plaintiff on a motion for summary judgment in three actions to recover rent.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.